**No. 60718.**—Trans-World Shipping Corp. *v.* United States, protest 272658–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.